IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY WADE JACKSON
ADC #078665                                                                      PLAINTIFF

v.                          No. 4:24-cv-1089-DPM

STATE OF ARKANSAS; DEXTER
PAYNE, Director, ADC; and DOES, Other
Agencies                                                                        DEFENDANTS

ORDER

**1.** Jackson is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Jackson v. Smith, et al.*, No. 4:23-cv-01110-BRW (E.D. Ark.); *Jackson v. Black, et al.*, No. 4:21-cv-04043-SOH (W.D. Ark.); *Jackson v. Mitchell, et al*, No. 4:22-cv-04117-SOH (W.D. Ark.); *Jackson v. Adams, et al.*, No. 4:23-cv-04006-SOH (W.D. Ark); and *Jackson v. Mitchell, et al.*, No. 4:23-cv-4060-SOH. Nothing in Jackson's new complaint, *Doc. 1*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

**2.** If Jackson wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 3 February 2025. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2024