IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY WADE JACKSON
ADC #078665                                                                      PLAINTIFF

v.                          No. 4:24-cv-1089-DPM

STATE OF ARKANSAS; DEXTER
PAYNE, Director, ADC; and DOES, Other
Agencies                                                                         DEFENDANTS

JUDGMENT

Jackson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2024