IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY WADE JACKSON**  PLAINTIFF
**ADC #078665**

v.  No. 4:24-cv-01089-DPM

**STATE OF ARKANSAS;**
**DEXTER PAYNE, Director, ADC;**
**and DOES, Other Agencies**  DEFENDANTS

ORDER

Jackson's motion for reconsideration, *Doc. 7*, is denied. His motion for leave to proceed *in forma pauperis*, *Doc. 8*, is also denied. This case was closed because Jackson is a three-striker who failed to pay the filing fee. *Doc. 2*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025